**DISMISS; Opinion issued April 18, 2013**



**In The**
**Court of Appeals**
**Fifth District of Texas at Dallas**

**No. 05-12-00870-CV**

**BRAD HAWKINS, Appellant**
**V.**
**TODD SEALE, Appellee**

**On Appeal from the 416th Judicial District Court**
**Collin County, Texas**
**Trial Court Cause No. 416-05046-2010**

**MEMORANDUM OPINION**

Before Chief Justice Wright and Justices Lang-Miers and Lewis
Opinion by Chief Justice Wright

By letter dated June 26, 2012, the Court informed appellant that the $175 filing fee was past due. We instructed appellant to pay the filing fee within ten days and cautioned appellant that failure to do so would result in dismissal of the appeal without further notice. On July 17, 2012, the Court granted appellant a ten-day extension of time to pay the filing fee. As of today's date, appellant has not paid the filing fee. Accordingly, we dismiss the appeal. *See* TEX. R. APP. P. 42.3(c).

/Carolyn Wright/
CAROLYN WRIGHT
CHIEF JUSTICE

120870F.P05



## Court of Appeals
## Fifth District of Texas at Dallas

# JUDGMENT

BRAD HAWKINS, Appellant

No. 05-12-00870-CV      V.

TODD SEALE, Appellee

On Appeal from the 416th Judicial District Court, Collin County, Texas
Trial Court Cause No. 416-05046-2010.
Opinion delivered by Chief Justice Wright.
Justices Lang-Miers and Lewis participating.

In accordance with this Court's opinion of this date, the appeal is **DISMISSED**.

It is **ORDERED** that appellee, TODD SEALE, recover his costs of this appeal from appellant, BRAD HAWKINS.

Judgment entered April 18, 2013.


/Carolyn Wright/
CAROLYN WRIGHT
CHIEF JUSTICE